PEOPLE ex rel. WOODRUFF et al. v. BRITT et al.

(Supreme Court, Appellate Division, Second Department.  September 16, 1912.)

Appeal from Special Term, Kings County.

Mandamus by the People, on the relation of Timothy L. Woodruff and another, against J. Gabriel Britt and another.  From an order refusing the writ, relators appeal.  Reversed, and motion granted.

Argued before HIRSCHBERG, BURR, THOMAS, CARR, and WOODWARD, JJ.

Jacob L. Holtzmann, of New York City, for appellants.

James D. Bell, of Brooklyn, for respondents.

BURR, J.  Order reversed, without costs, on the authority of People ex rel. Hotchkiss v. Smith, 137 N. Y. Supp. 387, decided herewith, and motion granted to the extent of directing the defendants to disregard the provisions of chapter 891 of the Laws of 1911, so far as it relates to the requisite number of independent nominators.  All concur, except HIRSCHBERG, J., who also votes to grant the motion so far as it relates to the provision respecting registration, and THOMAS, J., who votes to grant the motion so far as it relates to the provision respecting registration, and who dissents as to the provision respecting the requisite number of nominators for member of assembly.